JACK H. TREUHAFT, as a Stockholder of TRADE NEWSPAPERS CORPORATION, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, etc.,

Respondent, v. ABRAHAM WEISINGER and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.